1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALEX LEONARD AZEVEDO,                    No. 2:24-cv-03104-DC-CKD (PC)

12              Plaintiff,

13        v.                                   ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS, DENYING
14    KEVIN SMITH,                             PLAINTIFF'S APPLICATION TO PROCEED
                                               *IN FORMA PAUPERIS*, AND DIRECTING
15              Defendant.                     PLAINTIFF TO PAY THE FILING FEE
                                               WITHIN 30 DAYS
16
                                               (Doc. No. 7)
17

18          Plaintiff Alex Leonard Azevedo is a state prisoner proceeding *pro se* in this civil rights

19    action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge

20    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On December 4, 2024, the assigned magistrate judge issued findings and

22    recommendations recommending that Plaintiff's application to proceed *in forma pauperis* (Doc.

23    No. 2) be denied because: (1) he is subject to the three strikes bar under 28 U.S.C. § 1915(g); and

24    (2) the allegations in Plaintiff's complaint do not satisfy the "imminent danger of serious physical

25    injury" exception to § 1915(g). (Doc. No. 7.) The magistrate judge also recommended Plaintiff be

26    ordered to pay the required $405.00 filing fee. (*Id*. at 2.) The findings and recommendations were

27    served on Plaintiff and contained notice that any objections thereto were to be filed within

28    fourteen (14) days after service. (*Id*. at 2.) On December 12, 2024, Plaintiff filed objections to the

1

pending findings and recommendations. (Doc. No. 8.)

In his objections, Plaintiff first argues the court should not count two of his dismissed cases as strikes under § 1915(g), because the orders dismissing those cases were issued during his prior incarceration. (*Id*. at 1–2.) Plaintiff's argument is unavailing. "The argument that strikes are 'reset' with each period of incarceration 'is inconsistent with the plain language of [Section] 1915(g), which applies to any 'prisoner' who 'while incarcerated or detained in any facility' earns three strikes.'" *Azevedo v. United States E. Dist. Cts. of Cal.*, No. 24-cv-01404-JLT, 2025 WL 16355, at *5 (E.D. Cal. Jan. 2, 2025) (quoting *Johnson v. Mesa*, No. 19-cv-00164-KKM-PRL, 2021 WL 510275, at *2 (M.D. Fla. Feb. 11, 2011)). Additionally, Plaintiff argues he is unable to afford the filing fee and alleges that this district court and state courts are conspiring to prevent him from litigating his cases. (*Id*. at 2–4.) The court is also not persuaded by this argument because he is not wholly prevented from litigating cases in federal court; rather, he may litigate cases so long as he pays the required filing fee or alleges facts sufficient to satisfy the "imminent danger of serious physical injury" exception to § 1915(g).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on December 4, 2024 (Doc. No. 7) are ADOPTED;

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED;

3. Within thirty (30) days from the date of service of this order, Plaintiff shall pay the $405.00 filing fee in full in order to proceed with this action;

/////

/////

/////

/////

2

1    4.     Plaintiff is forewarned that failure to pay the filing fee within the specified time

2           will result in the dismissal of this action; and

3    5.     This matter is referred to the assigned magistrate judge for further proceedings

4           consistent with this order.

5

6

7    IT IS SO ORDERED.

8    Dated:    **February 18, 2025**

     Dena Coggins
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3