UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN SMITH,<br><br>　　　　Defendant. | No. 2:24-cv-3104-DC-CKD (PC)<br><br>ORDER DISMISSING THIS ACTION |

Plaintiff is a California prisoner proceeding pro se with a civil action. On February 18, 2025, plaintiff's application to proceed in forma pauperis was denied and plaintiff was ordered to pay the $405 filing fee for this action within 30 days. (Doc. No. 9.) Plaintiff was warned that failure to pay the filing fee would result in dismissal. (*Id.*) Plaintiff has not paid the filing fee.

Accordingly,

1. This action is dismissed due to Plaintiff's failure to prosecute and pay the filing fee.
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:　**August 11, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　　　Dena Coggins
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge